UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JASON JAY VER VALEN,<br><br>                 Plaintiff,<br><br>  v.<br><br>HELEN DONATACCI,<br><br>                 Defendant. | No. C11-5058 RBL/KLS<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

1) The Court adopts the Report and Recommendation.

2) Defendant Donatacci's motion to dismiss (ECF No. 12) is **GRANTED** for Plaintiff's failure to exhaust administrative remedies and Plaintiff's claims against Defendant Donatacci are **DISMISSED WITHOUT PREJUDICE**.

3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendant and to the Hon. Karen L. Strombom.

**DATED** this 24th day of August, 2011.

                                                               /s/ Ronald B. Leighton
                                                            RONALD B. LEIGHTON
                                                            UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION - 1